**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 15, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40789
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO DEL BOSQUE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
(M-02-CR-842-1)
- - - - - - - - - -

Before JONES, Chief Judge, and JOLLY and WIENER, Circuit Judges.

PER CURIAM:*

This matter is before us on remand from the Supreme Court for reconsideration in light of United States v. Booker.[1]  At our request, the parties have commented on the impact of Booker.  As the parties agree that Booker has no effect on this case, we reinstate our judgment affirming Defendant-Appellant Hector Alejandro Del Bosque's conviction and sentence.

AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 543 U.S. ——, 125 S. Ct. 738 (2005).